**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BRADY MILEY, individually, and on behalf of all others similarly situated, | § | |
| *Plaintiff,* | § | |
| v. | § | Case No.: 4:26-cv-06614 |
| UNIVERSAL PLANT SERVICES, INC. | § | |
| *Defendant.* | § | |

**STATEMENT OF INFORMATION IN REMOVED ACTION**

1. **State the date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.**

Defendant, Universal Plant Services, LLC, incorrectly designated and f/k/a Universal Plant Services, Inc., ("Universal Plant") was served with a copy of the Class Action Complaint on July 13, 2026.

2. **In actions removed based on diversity jurisdiction, list the citizenship of all parties. If the case involves an unincorporated entity as a party (such as an LLC, LLP, or partnership), state the citizenship of every member or partner. Specifically identify whether any defendants who have been served are citizens of Texas.**

This matter has been removed pursuant to the Class Action Fairness Act ("CAFA") of 2005. 28 U.S.C. § 1332. For purposes of CAFA jurisdiction, Universal Plant is a citizen of Delaware, where the limited liability company was formed, and Texas, where it has its principal place of business. *See Heritagemark, LLC v. Unum Life Ins. Co. of Am.*, No. 4:22-CV-04513, 2023 WL 8622998, at *2 (S.D. Tex. Dec. 13, 2023) ("For purposes of CAFA, rather than relying on the citizenship of its members, an unincorporated association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized.") (cleaned up). While the named Plaintiff is domiciled in Crosby, TX, nearly two-thirds of the proposed class are citizens of state different thank Universal Plant. Of the 9,805 notices sent to proposed class members, 6,301 are not citizens of Texas and 9,794 are not citizens of Delaware.

3. **In actions removed based on diversity jurisdiction, state the amount alleged in controversy and the basis for this amount.**

This matter has been removed pursuant to CAFA and, though disputed, the amount in controversy likely exceeds the $5,000,000.00 threshold.

4. **In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be remanded.**

This action has not been pending in state court for more than one year.

5. **Identify any defendant that did not join in the notice of removal and explain why.**

There are no other named defendants.

Dated: August 24, 2026

Respectfully submitted,

McDOWELL HETHERINGTONG LLP

*/s/ Tyrone L. Haynes*

**TYRONE L. HAYNES**
State Bar No. 24076430
1001 Fannin Street, Suite 2400
Houston, Texas 77002
(713) 333-8816 Telephone
(713) 337-8861 Facsimile
Email: Tyrone.Haynes@mhllp.com

*-and-*

**TARA G. NALENCZ, ESQ.** (*pro hac vice forthcoming*)
CIPRIANI & WERNER, P.C.
Three Valley Square, Suite 305
512 E. Township Line Road
Blue Bell, PA 19422
(610) 567-0700 Telephone
Email: tnalencz@c-wlaw.com
**ATTORNEYS FOR DEFENDANT,**
**UNIVERSAL PLANT SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 24th day of August, 2026:

*/s/ Tyrone L. Haynes*
TYRONE L. HAYNES